

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2015

No. 04-15-00456-CR

James **GARZA**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12648A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The trial court clerk has filed a supplemental record. We reinstate this appeal on the docket of the court. The reporter's record is due September 18, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court